UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:                                                                    Chapter 13

Joy Taylor
                                                                                   Case No. 1-19-43658-CEC

                              Debtor(s)
----------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

30 Harman Street Brooklyn, N.Y 11221
*[Identify the Property]*

xxxx 2713
*[Loan Number]*

Nationstar Mortgage LLC   8950 Cypress Waters Blvd
*[Creditor's Name and Address]*   Coppell, TX 75019

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: _____   Date: June 24, 2019
Print Name: Joy Taylor
                *[First and Last Name]*
Telephone Number: 917-821-6766
                         *[i.e. 999-999-9999]*
E-mail Address [if any]: Umeethree3@aol.com

*RECEIVED 2019 JUN 25 A 10:28 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK*