UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE

JOY TAYLOR-SIMMONS,

DEBTOR.

CHAPTER 13

CASE NO. 1-19-43658-cec

## OBJECTION TO CONFIRMATION

Barbara Dunleavy, Esq., an attorney admitted to practice in this Court, affirms the following under penalty of perjury:

1. I am an associate with Shapiro, DiCaro & Barak, LLC, attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR1 ("Secured Creditor"), and am familiar with the facts and circumstances surrounding this matter.

2. Secured Creditor holds a mortgage on the Debtor's real property known as 30 Harman Street, Brooklyn, NY 11221 ("Property").

3. Secured Creditor will be filing a Proof of Claim for pre-petition mortgage arrears in the approximate amount of $595,667.56. Debtor's proposed Chapter 13 Plan ("Plan") makes no provision for the mortgage arrears in violation of Bankruptcy Code Section 1325(a)(5)(B)(ii).

4. The Plan requests participation in the Loss Mitigation Program in order to resolve the outstanding pre-petition mortgage arrears. However, the outcome of loss mitigation is inherently uncertain. As such, the Plan fails to address the possibility that Debtor will not obtain a fully executed final mortgage modification that recapitalizes the outstanding arrears or that such a modification may have different terms than those provided for in the Plan.

5.      The Plan does not provide for the making of the regular monthly note and mortgage payments by Debtor as required by 11 U.S.C. § 1322(b)(5).

6.      The Plan is not adequately funded. The plan does not contain funds sufficient to pay Secured Creditor's pre-petition mortgage arrearages in full as required by 11 U.S.C. § 1325 (a)(5)(B)(ii).

**WHEREFORE**, the undersigned respectfully requests the Debtor to amend their Chapter 13 Plan to reflect the proper mortgage arrears, provide or the making of the regular monthly note and mortgage payments, and address the feasibility of the concerned Plan as specified earlier or, in the absence of an amendment to the Plan, the undersigned respectfully requests an Order of this Court denying confirmation of Debtor's Chapter 13 Plan pursuant to Bankruptcy Code Section 1325 and such other and further relief as may be just and proper.

Dated: July 2, 2019

/s/Barbara Dunleavy
Barbara Dunleavy
Bankruptcy Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR1
One Huntington Quadrangle, Suite 3N05
Melville, NY  11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
as Servicer for The Bank of New York Mellon F/K/A The
Bank of New York as successor in interest to JP Morgan
Chase Bank, N.A. as Trustee for Structured Asset
Mortgage Investments II Inc. Mortgage Pass-Through
Certificates Series 2006-AR1
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Barbara Dunleavy**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE                                          CHAPTER 13

JOY TAYLOR-SIMMONS,                            CASE NO. 1-19-43658-cec

DEBTOR.

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       )ss:
COUNTY OF MONROE       )

I, Lora Mosher, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

On July 2, 2019 I served the within Objection to Confirmation upon:

TO:  Debtor Appearing Pro Se
     Joy Taylor-Simmons
     447 Saratoga Avenue
     Brooklyn, NY 11233

     Trustee
     Michael J. Macco
     2950 Express Drive South
     Suite 109
     Islandia, NY 11749

11-012964

U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date: July 2, 2019

_____
Lora Mosher
Bankruptcy Assistant
Shapiro, DiCaro & Barak, LLC
Attorneys for Nationstar Mortgage LLC
d/b/a Mr. Cooper as Servicer for The Bank
of New York Mellon F/K/A The Bank of
New York as successor in interest to JP
Morgan Chase Bank, N.A. as Trustee for
Structured Asset Mortgage Investments II
Inc. Mortgage Pass-Through Certificates
Series 2006-AR1
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

Sworn to before me this
2 day of July, 2019

_____
Notary Public

KATRINA BELLIS
Notary Public, State of New York
No. 01BE6128872
Qualified in Monroe County
Commission Expires June 20, 2021